FILED

NOV - 1 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RONALD T. COLEMAN

Case No. 16 CR 723

Violation: JUDGE NORGLE
Title 18, United States Code,
Section 1512(c)(2)

MAGISTRATE JUDGE WEISMAN

The SPECIAL JUNE 2015 GRAND JURY charges:

1. At times material to this indictment:

   a. Beginning no later than in or about March 2013, through on or about June 12, 2014, defendant RONALD T. COLEMAN was a Chicago Police Officer assigned to work with the Drug Enforcement Administration ("DEA"). In connection with his assignment with the DEA, COLEMAN had access to information relating to a federal grand jury investigation into a drug trafficking organization operating in Chicago.

   b. As of June 2014, defendant RONALD T. COLEMAN was a long-time acquaintance of Individual A and Individual B.

   c. During the course of the federal grand jury investigation, Individual C was identified as a heroin supplier to the drug trafficking organization, and Individual B was identified as an associate of Individual C.

   d. On or about June 5, 2014, as part of his work with the DEA, defendant RONALD T. COLEMAN conducted surveillance of Individual B meeting with Individual C at a residence on the 1600 block of South Trumbull Avenue in Chicago. The same day, defendant COLEMAN positively identified a photograph of

Individual B as the individual he observed meeting with Individual C earlier that day.

  e. On or about June 9, 2014, at approximately 8:30 a.m., a phone subscribed to by defendant RONALD T. COLEMAN was in contact with a phone utilized by Individual A.

  f. On or about June 10, 2014, at approximately 11:00 a.m., a phone utilized by Individual A was in contact with a phone utilized by Individual B.

  g. On or about June 10, 2014, from approximately 12:16 p.m. to approximately 4:14 p.m., a phone utilized by Individual B was in contact on approximately four occasions with a phone utilized by Individual C.

  h. On or about June 10, 2014, at approximately 1:41 p.m., surveillance agents observed Individual C leave the residence located on the 2100 block of South Spaulding Avenue with one large bag and two smaller bags and transported those bags to a residence located on the 2100 block of South Christiana.

  i. On or about June 12, 2014, Chicago Police officers and DEA agents executed multiple federal arrest and search warrants in connection with the federal grand jury investigation, including arresting Individual C and searching the residences, at which they found heroin, firearms, and narcotics trafficking paraphernalia.

2. Beginning no later than on or about June 9, 2014, and continuing to on or about June 12, 2014, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD T. COLEMAN,

defendant herein, did, and attempted to, corruptly obstruct, influence, and impede an official proceeding, namely, the federal grand jury investigation of alleged narcotics trafficking by Individual C, and Individual C's associates, including Individual B, in that defendant told Individual A, in sum and substance, to tell Individual B to stop engaging in illegal activity and to warn Individual B that the police would be searching houses;

In violation of Title 18, United States Code, Sections 1512(c)(2).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3